# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 2543
CITRUS GARDEN,
                    Appellant,
              vs.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                    Respondent.

No. 77907

**FILED**

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from findings of fact, conclusions of law, and judgment entered in a quiet title action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Initial review of the docketing statement indicated that the order challenged on appeal may not be appealable as a final judgment under NRAP 3A(b)(1) because it did not resolve all of appellant's requests for relief. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). Further, the certification of the order under NRCP 54(b) appeared either unnecessary or improper.

In response, appellant agrees that the district court order does not fully resolve its claims for relief. Thus, the order is not a final judgment. The district court's NRCP 54(b) certification of finality is improper where the order does not remove any party from the litigation. *See* NRAP 54(b) (2005) and Drafter's Note—2004 Amendment. Accordingly, the order is not appealable under NRAP 3A(b)(1). Appellant's request that this court treat the order as final because the district court closed the case is denied. *Cf. Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 301 P.3d 850 (2013) (a form order statistically closing a case is not a final judgment). As no other statute or court rule allows an appeal from the challenged order, *id.* at 345, 301

19-23921

P.3d at 851 (this court "may only consider appeals authorized by statute or court rule"), this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Ronald J. Israel, District Judge
Janet Trost, Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[1]If aggrieved, appellant may file a new notice of appeal from any district court order finally resolving all claims asserted in the district court.